```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                     DIVISION OF ST. THOMAS AND ST. JOHN
```

In re:                                    )
                                          )
**PWKH, INC.**                            )
                                          )
       Debtor.                        )   Bankr. No. 09-30010 (MFW)
                                          )
_____       )
                                          )
**DAVID SILVERMAN,**                      )
                                          )
       Appellant,                     )
                                          )   Civil No. 2010-31
       v.                             )
                                          )
**BANCO POPULAR DE PUERTO RICO,**         )
**TERRY HOSIER, ALAN KEITHELY**           )
**WATTS,**                                )
                                          )
       Appellees.                     )
_____       )

**ATTORNEYS:**

**Karin A. Bentz, Esq.**
Law Office of Karin Bentz, P.C.
St. Thomas, U.S.V.I.
    *For David Silverman.*

**Justin K. Holcombe, Esq.**
Dudley Topper & Feuerzeig
St. Thomas, U.S.V.I.
    *For Banco Popular de Puerto Rico.*

**Carol Ann Rich, Esq.**
Dudley Rich Davis LLP
St. Thomas, U.S.V.I.
    *For Terry Hosier and Alan Keithely Watts.*

**Adam Hoover, Esq.**
Law Offices of Adam Hoover
St. Croix, U.S.V.I.
    *Bankruptcy Trustee.*

*In re PWKH, Inc.*
Civil No. 2010-31
Order
Page 2

## JUDGMENT

For the reasons articulated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that the Bankruptcy Division's March 11, 2010, order is **VACATED** insofar as it determined that Silverman's security interest was $200,000; it is further

**ORDERED** that the Bankruptcy Division's March 11, 2010, order is **AFFIRMED** insofar as it determined that Silverman holds a mortgage on the Warehouse; it is further

**ORDERED** that this matter is **REMANDED** with instructions to consider the value of Silverman's security interest in light of this opinion; it is further

**ORDERED** that the Clerk of the Court shall close this matter.

S\_____
    **Curtis V. Gómez**
    **District Judge**